Lars C. Golumbic, *admitted pro hac vice*
Andrew D. Salek-Raham, *admitted pro hac vice*
Lawrence A. Brett, *admitted pro hac vice*
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Avenue, N.W.
Suite 1200
Washington, D.C. 20006
(202) 857-0620 (phone)
(202) 659-4503 (fax)
lgolumbic@groom.com
asalek-raham@groom.com
lbrett@groom.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Daniel Andrews and Matthew Baker as representatives of a class of similarly situated persons, and on behalf of the Wilson Electric Services Corp. Employee Stock Ownership Plan,

Plaintiffs,

v.

Wilson Electric Services Corp.; the Wilson Electric Services Corp. Plan Committee; Todd Klimas; Wesley McClure; Terry Oakes; Scott Smith; Jeri Kendle; and Rick Tometich,

Defendants.

No. 2:24-CV-00995-PHX-DJH

**DECLARATION OF ANDREW D. SALEK-RAHAM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**

## DECLARATION OF ANDREW D. SALEK-RAHAM

Pursuant to Section 1746 of Title 28 of the United States Code, I, Andrew D. Salek-Raham, declare under penalty of perjury that the following is true and correct.

1. I am over twenty-one years of age and make this declaration from personal knowledge based on information reviewed and/or referenced herein.

2. I am an attorney and principal with the firm Groom Law Group, Chartered, in Washington, D.C. and am counsel to Defendants Wilson Electric Services Corp., Wilson Electric Services Corp. Plan Committee, Todd Klimas, Wesley McClure, Terry Oakes, Scott Smith, Jeri Kendle, and Rick Tometich (collectively, "Defendants") in the above-captioned matter.

3. This declaration is provided in support of Defendants' contemporaneously-filed Motion to Dismiss Plaintiffs' Third Amended Complaint.

4. Attached hereto are true and correct copies of the following documents:

**Exhibit A:**  Wilson Electric Services Corp. Employee Stock Ownership Plan Document (effective as of January 1, 2014)

**Exhibit B:**  Wilson Electric Services Corp. Employee Stock Ownership Plan Form 5500 (2018) (Excerpts)

**Exhibit C:**  Wilson Electric Services Corp. Employee Stock Ownership Plan Form 5500 (2019) (Excerpts)

**Exhibit D:**  Wilson Electric Services Corp. Employee Stock Ownership Plan Form 5500 (2020) (Excerpts)

**Exhibit E:**  Wilson Electric Services Corp. Employee Stock Ownership Plan Form 5500 (2021) (Excerpts)

**Exhibit F:**  Wilson Electric Services Corp. Employee Stock Ownership Plan Form 5500 (2022) (Excerpts)

**Exhibit G:**  Wilson Electric Services Corp. Employee Stock Ownership Plan Form 5500 (2023) (Excerpts)

1

**Exhibit H:**   Wilson Electric Services Corp. Employee Stock Ownership Plan Form 5500 (2024) (Excerpts)

Executed on December 11, 2025

By: */s/ Andrew D. Salek-Raham*

Andrew D. Salek-Raham

2