**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel D Andrews, et al., | No. CV-24-00995-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Wilson Electric Services Corporation, et al., | |
| Defendants. | |

Defendants filed a Motion to Seal Materials Designated as Confidential (Doc. 183). Plaintiffs have not filed a response, and the deadline to so has passed. *See* LRCiv 7.2(i). The Court "follows numerous other district courts within the Ninth Circuit in concluding that the compelling reasons standard applies to motions to seal documents relating to class certification." *Yan Mei Zheng v. Toyota Motor Corporation*, 2019 WL 6841324, *1 (N.D. Cal. 2019) (collecting cases).

Here, the documents that Defendants seek to file under seal include either confidential information regarding Defendants' Employee Stock Ownership Plan ("ESOP"), such as its finances and investments, or the personal information of the ESOP's participants. (Doc. 183 at ¶ 6). Sensitive business and financial information have been acknowledged as the sort of confidential information that warrants sealing. *See*, *e.g.*, *Impossible Foods Inc. v. Impossible X LLC*, 2025 WL 2662898, *2 (N.D. Cal. 2025) ("The compelling reasons standard is met for confidential business information that would harm a party's competitive standing if publicly disclosed, including materials discussing internal

business and financial decision-making strategies.") (internal quotation marks omitted). Likewise, an individual's personal identifying information and private financial information warrants sealing the necessary documents. *See*, *e.g.*, *Canchola v. Allstate Insurance Co.*, 2024 WL 5275024 (C.D. Cal. 2024) ("The court finds compelling reasons to seal these exhibits because the documents contain confidential financial information and personal identifying information."). Therefore, the Court finds compelling reasons to seal the requested briefing and exhibits.

Accordingly,

**IT IS ORDERED** that Defendants' Motion to Seal Materials Designated as Confidential (Doc. 183) is **GRANTED**. The Clerk of Court is kindly directed to file **under seal** the unredacted exhibits lodged at Doc. 184.

Dated this 5th day of August, 2026.

Honorable Diane J. Humetewa
United States District Judge